UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| DAN VAN TRAN #A061352669,<br>Petitioner | CIVIL DOCKET NO. 1:22-CV-06208<br>SEC P |
| VERSUS | JUDGE DRELL |
| MERRICK B GARLAND ET AL,<br>Respondent | MAGISTRATE JUDGE PEREZ-MONTES |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein (ECF No. 16), noting the absence of objection thereto, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS HEREBY ORDERED that the Motion to Dismiss (ECF No. 12) is GRANTED and the Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241 (ECF No. 5) is DISMISSED WITHOUT PREJUDICE for lack of jurisdiction.

THUS, DONE AND SIGNED at Alexandria, Louisiana, on this 15 day of May 2023.

DEE D. DRELL, SENIOR JUDGE
UNITED STATES DISTRICT COURT